UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        v.                          )      Criminal No. 05-00100-18 (PLF)
                                    )
DANIEL COLLINS,                     )
                                    )
        Defendant.                  )
_____)


MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Deborah A. Robinson [Dkt. No. 1668], recommending that defendant Daniel Collins' term of supervised release be revoked and that sanctions be imposed.

As recounted by Magistrate Judge Robinson in her Report and Recommendation, on January 24, 2018, the United States Probation Office filed a Probation Petition [Dkt. No. 1640] alleging eleven separate violations of supervised release. On February 8, 2018, the Probation Office filed a supplemental petition [Dkt. No. 1645] alleging three additional violations.

On February 13, 2018, Mr. Collins appeared before Magistrate Judge Harvey, who was then assigned to criminal duty. On that date, Mr. Collins tested positive for PCP and Magistrate Judge Harvey ordered Mr. Collins held without bond. See February 13, 2018 Minute Entry. As a result, the Probation Office filed a supplemental petition on February 25, 2018 [Dkt. No. 1648] alleging four additional violations relating to drugs, drug testing, and possession of drugs.

1

On February 27, 2018, Magistrate Judge Robinson held a preliminary revocation hearing. Mr. Collins, through counsel, conceded alleged violations 1 through 16. Magistrate Judge Robinson released Mr. Collins from custody, and scheduled a status hearing for March 7, 2018 and the conclusion of the preliminary revocation hearing for April 10, 2018. In the interim, the Probation Office filed a further supplemental petition on March 6, 2018 [Dkt. No. 1657] in which it alleged two additional violations relating to drugs, drug testing, and possession of drugs.

After consideration of the arguments and evidence presented by counsel for the parties and the Probation Office at the hearing on April 10, 2018, Magistrate Judge Robinson issued a Report and Recommendation [Dkt. No. 1668] on May 15, 2018. She found that Mr. Collins had violated his conditions of supervised release with respect to alleged violations 1 though 16. She made no findings with respect to alleged violations 17 through 20. She recommends that the Court revoke Mr. Collins' term of supervised release, and sentence Mr. Collins to time served and a 24-month term of supervised release.

The parties were given a period of fourteen days to file written objections to Magistrate Judge Robinson's report and recommendation. That period has now expired. Accordingly, upon consideration of the Report and Recommendation of Magistrate Judge Robinson and the parties' decisions not to object thereto, it is hereby

ORDERED that the recommendations made by Magistrate Judge Robinson in the Report and Recommendation are ADOPTED; it is

FURTHER ORDERED that the Probation Office's request to revoke Mr. Collins' term of supervised release is GRANTED; it is

FURTHER ORDERED that Mr. Collins' supervised release is REVOKED; and it is

FURTHER ORDERED that Mr. Collins is sentenced to time served and an additional 24-month term of supervised release.

SO ORDERED.

                                                                                                                           _____/s/_____
                                                                                                                PAUL L. FRIEDMAN
                                                                                                                United States District Judge

DATE: June 1, 2018